DATE: JUNE 3, 2013

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN - 4 2013

**MATTHEW J. DYKMAN**
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
 PLAINTIFF,

vs.

NO. 11-CV-623 MV/ACT

$2,279.00 IN UNITED STATES CURRENCY, et al.,

and

DONALD DALE DUNCAN,
 CLAIMANT.

## POVERTY AFFIDAVIT

COMES NOW CLAIMANT, DONALD DALE DUNCAN, IN HIS OWN APPEARANCE HERE TO REQUEST THIS COURT, AND THE HONORABLE JUDGE ALAN C. TORGERSON, TO ASSIGN COUNSEL TO REPRESENT THE CLAIMANT, DONALD DALE DUNCAN, IN THE AFOREMENTIONED CASE.

   AS PROOF OF THE NEED FOR QUALIFIED COUNSEL TO REPRESENT CLAIMANT HERE CLAIMANT STATES THAT HE IS, AND HAS BEEN, CONSTANTLY INCARCERRATED SINCE JANUARY 27, 2011 AND HAS NO MEANS OF EARNING FUNDS TO PAY FOR LEGAL ASSISTANCE. CLAIMANT HAS A CURRENT CASH BALANCE OF $47.99. CLAIMANT FURTHER STATES THAT HE HAS NO LEGAL TRAINING OR KNOWLEDGE AND HAD ADVISED HIS COURT APPOINTED COUNSEL, OF HIS NEED TO CHALLENGE THIS FORFEITURE MOTION, AND NEEDED LEGAL ADVICE BUT THE ATTORNEY, WHO WAS APPOINTED AS COUNSEL BY THE PUBLIC DEFENDERS OFFICE, CONCERNING CLAIMANTS CRIMINAL CASE, REFUSED TO REPRESENT CLAIMANT IN THIS CASE.

   HAVING NO LEGAL EXPERIENCE OR KNOWLEDGE OF THE LAW, OR PROCEDURES, AND NOT HAVING ANY ABILITY TO CHALLENGE THIS CASE OR ENSURE MY PRESENCE IN COURT TO DEFEND THIS CASE IS EVIDENCE OF NEEDING COUNSEL PROVIDED BY AND THROUGH THIS COURT.

CLAIMANT FURTHER STATES THAT THIS CASE WILL SURELY BE PREJUDICED AGAINST CLAIMANT IF COUNSEL IS NOT PROVIDED FOR CLAIMANT, AND FURTHER ORDERS OR SUMMONS BY THE COURT ARE ISSUED THAT MAY REQUIRE CLAIMANTS PRESENCE IN COURT.

RESPECTFULLY SUBMITTED,

DONALD DALE DUNCAN,
*Donald Dale Duncan*

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, _DONALD DALE DUNCAN_ do hereby request leave to proceed in forma pauperis and state under oath that I am unable to pay the costs for commencement of this _FORFEITURE_ action, or to give security therefor, and that I believe I am entitled to redress.

I further state the following:

I am not employed (X)
or
I am employed by: _____

and my salary is $ ___Ø___ per _____.

I have no other sources of income except the following (include public assistance, social security disability, or any other income not included above employment and state the amount):
_____
_____
_____

I have $ ___54.00___ IN CASH.

I have the following funds in the bank:

| NAME OF THE BANK | TYPE OF ACCOUNT | AMOUNT |
|---|---|---|
| N/A | | $ Ø |
| | | $ |
| | | $ |

I own the following valuable property (include real estate, stocks, bonds, notes, automobiles, and other valuable property, but exclude ordinary household furnishings and clothing):

| N/A | VALUE |
|---|---|
| | $ Ø |
| | $ |
| | $ |

I have the following debts:

| NONE |
|---|
| |
| |

I have the following dependents:

| NAME | RELATIONSHIP | AGE |
|---|---|---|
| NONE | | |
| | | |
| | | |

*Donald Dale Duncan*
Plaintiff *Donald Dale Duncan*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **3RD** day of **JUNE**, 20**13**.

*Donald Dale Duncan*
Plaintiff's Signature

## ORDER

AND NOW, this _____ day of _____, 20____,

Motion granted.

_____
UNITED STATES DISTRICT JUDGE

Donald Dane Duncan 310042 GC-204
Torrance County Detention Center
P.O. Box 837
Estancia, New Mexico 87016

LEGAL MAIL

LEGAL MAIL

United States District Court
District of New Mexico
Office of the Clerk
Matthew J. Dykman, Clerk
Suite 270
333 Lomas Blvd, N.W.
Albuquerque, New Mexico 87102

Correspondence

RECEIVED
At Albuquerque NM
JUN 04 2013

87102227470